

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>Ezequiel GARCIA,<br><br>　　　　　　　　Defendant. | CASE NO.  1:24-MJ-66 EPG<br>(SDCA case 23CR0615-TWR)<br><br>ORDER UNSEALING INDICTMENT |

The United States having arrested the above titled defendant on an arrest warrant and the need for sealing has ceased;

IT IS ORDERED that the indictment and arrest warrant filed in the above-entitled matter shall be unsealed.

Dated: May 31, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HON. ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

Unsealing Order　　　　　　　　　　　　1